**Official Form 1 (04/10)**

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *NORTHERN* DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Phillips, Maureen* | *Phillips, Gary* |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| *NONE* | *NONE* |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *3638* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *5143* |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *1329 Reid St.* *Western Springs, IL* | ZIPCODE *60558* | Street Address of Joint Debtor (No. & Street, City, and State): *1329 Reid* *Western Springs, IL* | ZIPCODE *60558* |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: *Cook* |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME* | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)                                                                                                   FORM B1, Page  2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Phillips, Maureen and*** <br> ***Gary Phillips*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | *(If more than two, attach additional sheet)* | |
|---|---|---|
| Location Where Filed: <br> ***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | *(If more than one, attach additional sheet)* | |
|---|---|---|
| Name of Debtor: <br> ***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X ***/s/ Brad J. Pawlowski***                      ***09/21/2011*** <br> Signature of Attorney for Debtor(s)                      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                    FORM B1, Page   3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Phillips, Maureen and* |
| | *Gary Phillips* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Phillips, Maureen*
_____
Signature of Debtor

**X** */s/ Gary Phillips*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*09/21/2011*
_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

---

**Signature of Attorney***

**X** */s/ Brad J. Pawlowski*
_____
Signature of Attorney for Debtor(s)

*Brad J. Pawlowski 6243636*
_____
Printed Name of Attorney for Debtor(s)

*Fritzshall & Pawlowski*
_____
Firm Name

*6584 N. Northwest Hwy.*
_____
Address

*Chicago, IL  60631*
_____

*773-763-4400*
_____
Telephone Number

*09/21/2011*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen*
  *and*
  *Gary Phillips*

Case No.
Chapter 7

_____
       **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

    ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    ___*/s/ Gary Phillips*_____

Date:    __*09/21/2011*_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen*
      *and*
      *Gary Phillips*

Case No.
(if known)

_____
                              Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Phillips, Maureen*

Date:    *09/21/2011*

B22A (Official Form 22A) (Chapter 7) (12/10)

In re    Phillips, Maureen and Gary Phillips
          Debtor(s)

Case Number: _____
         (If known)

<div style="border:1px solid">

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this

☐ **The presumption arises.**
☒ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

(Check the box as directed in Parts I, III, and VI of this statement.)
</div>

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and presumption is temporarily inapplicable" at the top of this statement, and complete the verification in Part VIII. complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>       ☐ I remain on active duty /or/<br>       ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>       OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>       ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10)   - Cont                                                                2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| **2** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☒ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | |
| **3** | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $0.00 |

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| **4** | **Income from the operation of a business, profession, or farm** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $6,700.00 | | |
| | b. | Ordinary and necessary business expenses | $400.00 | $6,300.00 | $0.00 |
| | c. | Business income | Subtract Line b from Line a | | |

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| **5** | **Rent and other real property income.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero.   **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $0.00 | | |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 | $0.00 |
| | c. | Rent and other real property income | Subtract Line b from Line a | | |

| | | Column A | Column B |
|---|---|---|---|
| **6** | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| **7** | **Pension and retirement income.** | $0.00 | $0.00 |
| **8** | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| **9** | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $0.00 | Spouse $0.00 | $0.00 | $0.00 |

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| **10** | **Income from all other sources.**   Specify source and amount. If necessary, list additional sources on a separate page.   **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
| | a. | | 0 | | |
| | b. | | 0 | | |
| | Total and enter on Line 10 | | | $0.00 | $0.00 |

| | | Column A | Column B |
|---|---|---|---|
| **11** | **Subtotal of Current Monthly Income for § 707(b)(7).**   Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $6,300.00 | $0.00 |

| 12 | Total Current Monthly Income for § 707(b)(7).   If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $6,300.00 |
|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7).   Multiply the amount from Line 12 by the number 12 and enter the result. | $75,600.00 |
|---|---|---|
| 14 | Applicable median family income.   Enter the median family income for the applicable state and household size. (This information is available by family size at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: __ILLINOIS_____   b. Enter debtor's household size: ____5_____ | $88,597.00 |
| 15 | Application of Section 707(b)(7).   Check the applicable box and proceed as directed.  ☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.  ☐ **The amount on Line 13 is more than the amount on Line 14.**   Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | $ |
|---|---|---|---|
| 17 | Marital adjustment.   If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17 | | $ |
| 18 | Current monthly income for § 707(b)(2).   Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing, and other items.   Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at   www.usdoj.gov/ust/or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont                                                                  4

| | |
|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. Allowance per member | | a2. Allowance per member | |
| b1. Number of members | | b2. Number of members | |
| c1. Subtotal | | c2. Subtotal | |

$

| | |
|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. |

$

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

$

| | |
|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |

$

| | |
|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☒ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

$

| | |
|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy |

$

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | |  $ |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |  $ |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.  **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.  **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ |

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont   6

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| | |
|---|---|
| **34** | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |

| a. | Health Insurance | $ |
|---|---|---|
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |

Total and enter on Line 34    $

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$ _____

| | | |
|---|---|---|
| **35** | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| **36** | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| **37** | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| **38** | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.50* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| **39** | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| **40** | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| **41** | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| | |
|---|---|
| **42** | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes   ☐ no |
| b. | | | $ | ☐ yes   ☐ no |
| c. | | | $ | ☐ yes   ☐ no |
| d. | | | $ | ☐ yes   ☐ no |
| e. | | | $ | ☐ yes   ☐ no |
| | | | Total: Add Lines a - e | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)   - Cont   7

| 43 | **Other payments on secured claims.**   If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| d. | | | $ |
| e. | | | $ |
| | | Total: Add Lines a - e | $ |

| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**   If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total): $

| 46 | **Total Deductions for Debt Payment.**   Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).**   Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).**   Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025\***   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\***   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.**   Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.**   Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/10)    - Cont**    8

| | **PART VII. ADDITIONAL EXPENSE CLAIMS** |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*

Date: _____    Signature: _*/s/ Phillips, Maureen*_____
                                                    (Debtor)
Date: _____    Signature: _*/s/ Gary Phillips*_____
                                                    (Joint Debtor, if any ) |

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

FORM B6A (Official Form 6A) (12/07)

In re *Phillips, Maureen and Gary Phillips* _____ ,      Case No._____
                        Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *1329 Reid St., Western Springs, IL 60558* | *tenants by the entirety* | J | $ 300,000.00 | $ 300,000.00 |
| *W6371 Cherokee Trail, Tomahawk WI 54487* | *Husband and Wife* | J | $ 302,000.00 | $ 302,000.00 |
| No continuation sheets attached | | **TOTAL $**<br>**(Report also on Summary of Schedules.)** | *602,000.00* | |

B6B (Official Form 6B) (12/07)

In re **Phillips, Maureen and Gary Phillips**                                    ,     Case No. _____
                               Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *cash on hand* <br> *Location: In debtor's possession* | J | $ 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *various used household goods and furnishings* <br> *Location: In debtor's possession* | J | $ 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *various used clothing* <br> *Location: In debtor's possession* | J | $ 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *State Farm life insurance policies - four total* <br> *Location: In debtor's possession* | J | $ 4,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under | X | | | |

B6B (Official Form 6B) (12/07)

In re **Phillips, Maureen and Gary Phillips**                                    ,        Case No. _____

                              Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Consulting Edge, LLC - 100% membership interest - service business - no value holding real estate license Location: In debtor's possession* | J | $ 0.00 |
| | | *SSS National, LLC - 25% membership interest - service business - no value Location: In debtor's possession* | W | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or | X | | | |

Page ___2___ of ___4___

In re **Phillips, Maureen and Gary Phillips** ,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1999 Chrysler LHS - son's car - pays grandmother $55.43 per month* *Location: In debtor's possession* | J | $ 1,000.00 |
| | | *2006 Toyota Sienna* *Location: In debtor's possession* | J | $ 6,500.00 |
| | | *2007 Arctic cat snow mobile* *Location: In debtor's possession* | J | $ 2,300.00 |
| | | *2007 Arctic kitty cat snow mobile* *Location: In debtor's possession* | J | $ 850.00 |
| | | *2009 Toyota Sienna* *Location: In debtor's possession* | J | $ 16,995.00 |
| | | *Yamaha 2005 wave runner* *Location: In debtor's possession* | J | $ 3,000.00 |
| 26. Boats, motors, and accessories. | | *1990 Weers Pontoon boat* *Location: In debtor's possession* | J | $ 300.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re **_Phillips, Maureen and Gary Phillips_** _____ ,   Case No. _____
                                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 35,795.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Phillips, Maureen and Gary Phillips_____ ,    Case No. _____
            Debtor(s)                                                                            (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1329 Reid St., Western Springs, IL 60558 | 735 ILCS 5/12-901 | $ 30,000.00 | $ 300,000.00 |
| cash on hand | 735 ILCS 5/12-1001(b) | $ 50.00 | $ 50.00 |
| various used household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| various used clothing | 735 ILCS 5/12-1001(a) | $ 300.00 | $ 300.00 |
| State Farm life insurance policies - four total | 735 ILCS 5/12-1001(f) | $ 4,000.00 | $ 4,000.00 |
| 2006 Toyota Sienna | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | $ 4,800.00 $ 1,700.00 | $ 6,500.00 |
| 2007 Arctic cat snow mobile | 735 ILCS 5/12-1001(b) | $ 2,300.00 | $ 2,300.00 |
| 2007 Arctic kitty cat snow mobile | 735 ILCS 5/12-1001(b) | $ 850.00 | $ 850.00 |
| Yamaha 2005 wave runner | 735 ILCS 5/12-1001(b) | $ 2,300.00 | $ 3,000.00 |
| 1990 Weers Pontoon boat | 735 ILCS 5/12-1001(b) | $ 300.00 | $ 300.00 |

Page No. ___1___ of ___1___

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Phillips, Maureen and Gary Phillips_ ,            Case No. _____

     **Debtor(s)**                                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *6132* <br> *Creditor # : 1* <br> *Bank of America* <br> *P.O. Box 650070* <br> *Dallas TX 75265* | | *2002* <br> *Mortgage* <br> *W6371 Cherokee Trail, Tomahawk WI 54487* <br><br> Value: *$ 302,000.00* | *J* | | | | *$ 246,000.00* | *$ 0.00* |
| Account No: *00-0* <br> *Creditor # : 2* <br> *Citibank* <br> *PO Box 183040* <br> *Columbus OH 43218-3040* | | *2005* <br> *Mortgage* <br> *1329 Reid St., Western Springs, IL 60558* <br><br> Value: *$ 300,000.00* | *J* | | | | *$ 242,000.00* | *$ 0.00* |
| Account No: *8981* <br> *Creditor # : 3* <br> *Harris Bank* <br> *P.O. Box 6201* <br> *Carol Stream IL 60197* | | *2009* <br> *car loan* <br> *2009 Toyota Sienna* <br><br> Value: *$ 16,995.00* | *J* | | | | *$ 18,000.00* | *$ 1,005.00* |

  1  continuation sheets attached

|  | Subtotal $ <br> (Total of this page) | **$ 506,000.00** | **$ 1,005.00** |
|---|---|---|---|
|  | Total $ <br> (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_ ,     Case No. _____

**Debtor(s)**     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: _1994_ Creditor # : 4 HSBC P.O. Box 37282 PO Box 5244 Baltimore MD 21297-3282 | | J | 2002 Second mortgage W6371 Cherokee Trail, Tomahawk WI 54487 Value: $ 302,000.00 | | | | $ 88,800.00 | $ 32,800.00 |
| Account No: Creditor # : 5 Margaret Hayes W6371 Cherokee Trail Tomahawk WI 54487 | X | J | 2009 car loan by grandmother Value: $ 1,000.00 | | | | $ 1,200.00 | $ 200.00 |
| Account No: _3597_ Creditor # : 6 US Bank PO Box 1197 Westerville OH 43086 | | J | 2005 Second mortgage 1329 Reid St., Western Springs, IL 60558 Value: $ 300,000.00 | | | | $ 64,240.00 | $ 6,240.00 |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)     $ 154,240.00     $ 39,240.00

Total $ (Use only on last page)     $ 660,240.00     $ 40,245.00

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/10)

In re _Phillips, Maureen and Gary Phillips_ ,     Case No._____
       **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Phillips, Maureen and Gary Phillips_                                    ,        Case No._____
                              **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  8752 <br> Creditor # : 1 <br> Adams Property Management <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 404,900.00 |
| Account No:  4998 <br> Creditor # : 2 <br> Adrianne Roggenbuck <br> c/o McBride Law offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 318,100.00 |
| Account No:  4998 <br> Creditor # : 3 <br> AH property holdings, LLC <br> c/o McBride Law offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 403,900.00 |
| Account No:  4998 <br> Creditor # : 4 <br> Alan C. Lovell <br> c/o McBride Law offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 379,703.00 |

_24_ continuation sheets attached

                                                                                                                        Subtotal $    $ 1,506,603.00

                                                                                                                        Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,   Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8752  Creditor # : 5 Alan T. Spears c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 467,880.00 |
| Account No:   4998  Creditor # : 6 Albert and Connie Alunni c/o McBride Law Offices 121 S. Wilke Rd. Suite 209 Arlington Height IL 60005 | | W | 2006 Suit on sale of real estate | | | | $ 319,000.00 |
| Account No:   5002  Creditor # : 7 American Express p.o. box 0001 Los Angeles CA 90096-8000 | | W | 2007 Credit Card Purchases | | | | $ 22,829.48 |
| Account No:   8752  Creditor # : 8 Andrew and Patricia Lobosco c/o Ariel Weissberg 401 S. LaSalle Chicago IL 60605 | | W | 2006 judgment | | | | $ 472,808.00 |
| Account No:   8752  Creditor # : 9 Anthony F. Pietryla c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 359,900.00 |
| Account No:   4998  Creditor # : 10 Bradley and Joyce James c/o McBride Law offices 121 S. Wilke Rd. Suite 209 Arlington Height IL 60005 | | W | 2006 Suit on sale of real estate | | | | $ 407,315.00 |

Sheet No.   1  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,049,732.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,     Case No. _____
**Debtor(s)**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8752<br>Creditor # : 11<br>Bryan Stirrat<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 562,431.00 |
| Account No:    8752<br>Creditor # : 12<br>Bryon Coker<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 339,000.00 |
| Account No:    4998<br>Creditor # : 13<br>Carl and Valerie Byer<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 369,703.00 |
| Account No:    4998<br>Creditor # : 14<br>Carl Gartland<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 226,287.00 |
| Account No:    4998<br>Creditor # : 15<br>Charles and Mary Wirth<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 649,712.00 |
| Account No:    7750<br>Creditor # : 16<br>Chase Bank<br>Cardmember Services<br>p.o. box 15153<br>Wilmington DE 19886-5153 | | J | 2007<br>Consumer debt | | | | $ 17,268.92 |

Sheet No. _2_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,164,401.92

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,      Case No._____

   **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8752 <br> Creditor # : 17 <br> Christopher and Susan Chalko <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 425,000.00 |
| Account No:    1240 <br> Creditor # : 18 <br> Citi Mastercard <br> c/o United Recovery Systems <br> p.o. box 722910 <br>   72270 | | H | 2009 <br> Credit Card Purchases | | | | $ 31,355.29 |
| Account No:    8752 <br> Creditor # : 19 <br> Daniel Wright <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 366,554.00 |
| Account No:    4998 <br> Creditor # : 20 <br> Darlyen Hess <br> c/o McBride Law Offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 874,680.00 |
| Account No:    4998 <br> Creditor # : 21 <br> Dave and Tammy Boehm <br> c/o McBride Law Offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 404,815.00 |
| Account No:    8752 <br> Creditor # : 22 <br> David and Debra Hayes <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 279,900.00 |

Sheet No.   3   of    24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 2,382,304.29

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,   Case No._____
       **Debtor(s)**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4998<br>Creditor # : 23<br>David J. Coyne<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 340,232.00 |
| Account No:   8752<br>Creditor # : 24<br>Dean B. Lardner<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 399,900.00 |
| Account No:   4998<br>Creditor # : 25<br>Dennis and Cindy Dangerfield<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 330,397.00 |
| Account No:   8752<br>Creditor # : 26<br>Dennis and Cynthia Dangerfield<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 289,900.00 |
| Account No:   8752<br>Creditor # : 27<br>Dennis and Deborah Radek<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60601 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No:   3757<br>Creditor # : 28<br>Discover<br>P.O. Box 6103<br>Carol Stream IL 60197-6103 | | J | 2008<br>Credit Card Purchases | | | | $ 8,697.58 |

Sheet No.   4   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,729,026.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,          Case No. _____
          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4998 Creditor # : 29 Donald and Ida Racquet c/o McBride Law offices 121 S. Wilke Rd. Suite 209 Arlington Height IL 60005 | | W | 2006 Suit on sale of real estate | | | | $ 636,550.00 |
| Account No:   8752 Creditor # : 30 Donald and Ida Racquet c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 362,900.00 |
| Account No:   4998 Creditor # : 31 Donald C. Marzke c/o McBride Law offices 121 S. Wilke Rd. suite 209 Arlington Height IL 60005 | | W | 2006 Suit on sale of real estate | | | | $ 293,180.00 |
| Account No:   4998 Creditor # : 32 Douglas M. Holle Trust c/o McBride Law offices 121 S. Wilke Rd. Suite 209 Arlington Height IL 60005 | | W | 2006 Suit on sale of real estate | | | | $ 312,930.00 |
| Account No:   4998 Creditor # : 33 Edith Moran c/o McBride Law offices 121 S. Wilke Rd. Suite 209 Arlington Height IL 60005 | | W | 2006 Suit on sale of real estate | | | | $ 328,867.00 |
| Account No:   8752 Creditor # : 34 Edith Moran c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 399,900.00 |

Sheet No.   5  of   24  continuation sheets attached to Schedule of          Subtotal $          $ 2,334,327.00
Creditors Holding Unsecured Nonpriority Claims                                 Total $
                                                  (Use only on last page of the completed Schedule F. Report also on Summary of
                                                  Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Phillips, Maureen and Gary Phillips_ ,    Case No. _____
     **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8752<br><br>Creditor # : 35<br>Edward and Shauna Kazmierczak<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br><br>judgment | | | | $ 249,900.00 |
| Account No:    8752<br><br>Creditor # : 36<br>Eric Bratt and Marti Tiederman<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br><br>judgment | | | | $ 399,900.00 |
| Account No:    4889<br><br>Creditor # : 37<br>Eugene and Frances Mackin<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br><br>Suit on sale of real estate | | | | $ 251,760.00 |
| Account No:    2300<br><br>Creditor # : 38<br>Exxon Mobil<br>Des Moines IA 50361-0001 | | H | 2009<br><br>Credit Card Purchases | | | | $ 688.21 |
| Account No:    8752<br><br>Creditor # : 39<br>Florence Watson<br>c/o Ariel Weissberg<br>401 S. LaSalle St.<br>Chicago IL 60605 | | W | 2006<br><br>judgment | | | | $ 481,137.00 |
| Account No:    4998<br><br>Creditor # : 40<br>George and Maryanne Kveck<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br><br>Suit on sale of real estate | | | | $ 245,760.00 |

Sheet No.  6  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,629,145.21

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_ ,   Case No. _____
    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8752<br>Creditor # : 41<br>George and Vivienne Taylor<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 393,213.00 |
| Account No:   8752<br>Creditor # : 42<br>Gerald F. Rozek<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No:   8752<br>Creditor # : 43<br>Glenn E. Johnson<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 419,000.00 |
| Account No:   8752<br>Creditor # : 44<br>Glenn E. Johnson Rev. Dec Trus<br>c/o Ariel Weissberg<br>401 S. LaSalle St.<br>Chicago IL 60605 | | J | 2006<br>judgment<br>Glenn E. Johnson Revocable<br>Declaration of Trust (full creditor<br>name) | | | | $ 674,068.00 |
| Account No:   8752<br>Creditor # : 45<br>Harry Davros and Helen Davros<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 234,000.00 |
| Account No:   3542<br>Creditor # : 46<br>Hinsdale Orthopedics<br>c/o Como Law Firm, P.A.<br>P.O. Box 130668<br>Saint Paul MN 55113 | | W | 2008<br>Medical Bills | | | | $ 180.60 |

Sheet No. _7_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,080,361.60

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Phillips, Maureen and Gary Phillips_____,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8752<br>Creditor # : 47<br>James and Ann Gottlick<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 339,900.00 |
| Account No:   8752<br>Creditor # : 48<br>James and Ernestine Kudelis<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 619,800.00 |
| Account No:   4998<br>Creditor # : 49<br>James and Joanne Fetzner<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 312,930.00 |
| Account No:   8752<br>Creditor # : 50<br>James and Sheila Barbey<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 289,000.00 |
| Account No:   8752<br>Creditor # : 51<br>James Marszalek<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 339,900.00 |
| Account No:   4998<br>Creditor # : 52<br>Janina Cap<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 315,480.00 |

Sheet No.  8  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,217,010.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,     Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4998<br>Creditor # : 53<br>Jason and Angela Evans<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 286,885.00 |
| Account No:   8752<br>Creditor # : 54<br>Jerome Harper<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 302,400.00 |
| Account No:   4998<br>Creditor # : 55<br>John and Amy Taillon<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 245,760.00 |
| Account No:   8752<br>Creditor # : 56<br>John and Mary Ellen Scurek<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 379,900.00 |
| Account No:   4998<br>Creditor # : 57<br>John and Mary Ellen Scurek<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 323,274.00 |
| Account No:   8752<br>Creditor # : 58<br>John and Shawnna Sawyer<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 691,900.00 |

Sheet No.   9   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,230,119.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,      Case No. _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   8752<br>Creditor # : 59<br>Joseph and Andrea Serwa<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 481,634.00 |
| Account No.   8752<br>Creditor # : 60<br>Joseph and Karen Lubomski<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 369,900.00 |
| Account No.   4998<br>Creditor # : 61<br>Joseph and Karen Lubomski<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 820,442.00 |
| Account No.   8752<br>Creditor # : 62<br>Jozef and Helena Kulikowski<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 415,900.00 |
| Account No.   8752<br>Creditor # : 63<br>Karen Thompson<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 639,218.00 |
| Account No.   4998<br>Creditor # : 64<br>Keith and Lisa Olinger<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 792,630.00 |

Sheet No. _10_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,519,724.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,        Case No._____
              **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 4998<br>Creditor # : 65<br>Ken Vojtic Sr.& Betty Vojtic<br>c/o McBride Law Offices<br>121 S. Wilke Rd., Ste. 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on real estate purchase | | | | Unknown |
| Account No. 8752<br>Creditor # : 66<br>Kevin and Margaret Lipine<br>c/o Ariel Weissberg<br>401 S. LaSalle St.<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 729,474.00 |
| Account No. 8752<br>Creditor # : 67<br>Key West Flip One, LLC<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No. 4180<br>Creditor # : 68<br>Kissimmee Utility Authority<br>P.O. Box 423219<br>Kissimmee FL 34742-3219 | | J | Utility Bills | | | | $ 200.09 |
| Account No. 4998<br>Creditor # : 69<br>KJV Holdings, LLC-8-301 Legacy<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 329,762.00 |
| Account No. -077<br>Creditor # : 70<br>Kohls<br>p.o. box 2983<br>Milwaukee WI 53201-2983 | | J | Consumer debt | | | | $ 1,930.07 |

Sheet No. _11_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,421,266.16

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8752<br>Creditor # : 71<br>Kolavennu and Vidyavath Krishn<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No:<br>Creditor # : 72<br>LaGrange Women's Clinic<br>5201 S. Willow Springs Rd.<br>Suite 490<br>La Grange IL 60525 | | W | | | | | Unknown |
| Account No: 4998<br>Creditor # : 73<br>Lisa K. DaCosta<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 279,680.00 |
| Account No: 8752<br>Creditor # : 74<br>M.Kmak/T.Kmak Rev. Dec Trust<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | W | 2006<br>judgment<br>Michael R. Kmak, Tracy A. Kmac<br>Revocable Declaration of Trust<br>(full creditor name) | | | | $ 549,260.00 |
| Account No: 8752<br>Creditor # : 75<br>Mark and Debra Ward<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 627,904.00 |
| Account No: 8752<br>Creditor # : 76<br>Mark and Mary Cisilino<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 339,900.00 |

Sheet No. _12_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,156,644.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,   Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4998<br>Creditor # : 77<br>Mark R. Henderson<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 318,274.00 |
| Account No: 8752<br>Creditor # : 78<br>Mark Reed<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 279,900.00 |
| Account No: 4998<br>Creditor # : 79<br>Marvin and Delores Glasbrenner<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 244,300.00 |
| Account No: 8752<br>Creditor # : 80<br>Maryann Zaborsky<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 495,727.00 |
| Account No: 4998<br>Creditor # : 81<br>Maryann Zaborsky<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 370,115.00 |
| Account No: 8752<br>Creditor # : 82<br>Matthew and Beverly Draus<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 329,900.00 |

Sheet No. _13_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,038,216.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_ _____ ,   Case No. _____
                     **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8752 Creditor # : 83 Michael and Annette Rizzo c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 399,900.00 |
| Account No: 8752 Creditor # : 84 Michael and Lori Nebelsick c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 359,000.00 |
| Account No: 8752 Creditor # : 85 Michael and Tracy Kmak c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 304,000.00 |
| Account No: 8752 Creditor # : 86 Monica Heil c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 359,900.00 |
| Account No: 164A Creditor # : 87 Myriad Genetic Labs 320 Wakara Way Salt Lake City UT 84108 | | W | 2010 Medical Bills | | | | $ 673.00 |
| Account No: 8752 Creditor # : 88 Nickolas and Diane Tournis c/o Ariel Weissberg 401 S. LaSalle Street Chicago IL 60605 | | W | 2006 judgment | | | | $ 433,634.00 |

Sheet No. __14__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,857,107.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,   Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4998<br>Creditor # : 89<br>Norbert Mandrek<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 318,030.00 |
| Account No: 8752<br>Creditor # : 90<br>Pascual and Jessica Natindim<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No: 4998<br>Creditor # : 91<br>Paul and Ryuko Charapata<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 406,315.00 |
| Account No: 4998<br>Creditor # : 92<br>Peter and Amy Horn<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 774,700.00 |
| Account No: 1417<br>Creditor # : 93<br>Quest<br>c/o Credit Collection services<br>Two Wells Ave.<br>Newton Center MA 02459 | | W | Medical Bills | | | | $ 610.15 |
| Account No: 8752<br>Creditor # : 94<br>RAB of the FWW, LLC<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 304,000.00 |

Sheet No. _15_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,163,555.15

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Phillips, Maureen and Gary Phillips_ _____ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4998<br>Creditor # : 95<br>Rebecca G. Aureus<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 368,703.00 |
| Account No: 8752<br>Creditor # : 96<br>Reid Meeks<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 339,900.00 |
| Account No: 8752<br>Creditor # : 97<br>Robert and Janice Somerfield<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 433,644.00 |
| Account No: 8752<br>Creditor # : 98<br>Robert and Lynne DeSalvo<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 399,900.00 |
| Account No: 4998<br>Creditor # : 99<br>Robert and Maribeth Devereaux<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 312,930.00 |
| Account No: 8752<br>Creditor # : 100<br>Robert and Meribeth Devereaux<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 419,900.00 |

Sheet No. _16_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,274,977.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,       Case No. _____
              **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8752<br>Creditor # : 101<br>Roger and Pamela Watson<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 720,544.00 |
| Account No: 8752<br>Creditor # : 102<br>Ronald and Marylou Kveck<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 279,900.00 |
| Account No: 4998<br>Creditor # : 103<br>Ronald and Melinda Cockrum<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 342,732.00 |
| Account No: 8752<br>Creditor # : 104<br>Ronald T. Moran<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 324,000.00 |
| Account No: 4998<br>Creditor # : 105<br>Rosalie E. Elkin<br>c/o McBride law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 226,287.00 |
| Account No: 8752<br>Creditor # : 106<br>Ruben Padilla<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |

Sheet No. _17_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 2,253,363.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,   Case No. _____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8752<br>Creditor # : 107<br>Rudolph and Beatrice Pohleber<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 445,634.00 |
| Account No:   4998<br>Creditor # : 108<br>Sandra Griggs<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 335,232.00 |
| Account No:   4998<br>Creditor # : 109<br>Sandra Paulu<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 408,000.00 |
| Account No:   8752<br>Creditor # : 110<br>Sasha Spinner<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 433,634.00 |
| Account No:   8752<br>Creditor # : 111<br>Scott Coughlin<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>lawsuit on real estate purchase | | | | $ 293,300.00 |
| Account No:   8752<br>Creditor # : 112<br>Series Bonfire Investments<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 279,900.00 |

Sheet No.  18  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,195,700.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,     Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4998 <br> Creditor # : 113 <br> Series Dunes Investment <br> c/o McBride Law offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 293,385.00 |
| Account No:    -326 <br> Creditor # : 114 <br> Shell Credit Card <br> Processing Ctr <br> Des Moines IA 50367 | | H | 2008 <br> Credit Card Purchases | | | | $ 1,458.54 |
| Account No:    4998 <br> Creditor # : 115 <br> Shirley M. Austin <br> c/o McBride Law offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 285,885.00 |
| Account No:    8752 <br> Creditor # : 116 <br> SLPG Living Trust <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 292,000.00 |
| Account No:    3853 <br> Creditor # : 117 <br> Souma Diagnostics, LTD <br> c/o PBP <br> p.o. box 11690 <br> Chicago IL 60611-1690 | | W | 2009 <br> Medical Bills | | | | $ 532.00 |
| Account No:    8752 <br> Creditor # : 118 <br> Stephanie Nolan <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 359,900.00 |

Sheet No. _19_ of _24_ continuation sheets attached to Schedule of         Subtotal $        $ 1,233,160.54
Creditors Holding Unsecured Nonpriority Claims                                    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_ ,                          Case No. _____
**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8752<br>Creditor # : 119<br>Steven and Julie Roth<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 399,900.00 |
| Account No: 8752<br>Creditor # : 120<br>Steven and Rafaela Colaizzi<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 324,000.00 |
| Account No: 8752<br>Creditor # : 121<br>Steven C. Snarski<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 390,554.00 |
| Account No: 4998<br>Creditor # : 122<br>Steven P. Kelly<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 334,232.00 |
| Account No: 8752<br>Creditor # : 123<br>Steven P. Kelly<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 759,800.00 |
| Account No: 8752<br>Creditor # : 124<br>Susan J. Holle<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 1,356,390.00 |

Sheet No. __20__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,564,876.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,    Case No. _____
    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8752<br>Creditor # : 125<br>Susan J. Holle Trust<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 754,800.00 |
| Account No:   8752<br>Creditor # : 126<br>T. Kelly/R.Kelly/R.Kelly Trust<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | J | 2006<br>judgment<br>Thomas P. Kelly, Rita Kelly, Rita Kelly Revocable Living Trust (full creditor name) | | | | $ 349,634.00 |
| Account No:   3681<br>Creditor # : 127<br>Target<br>Retailers Nat'l Bank<br>P.O. Box 59228<br>Minneapolis MN 55459 | | H | Consumer debt | | | | $ 2,300.00 |
| Account No:   -891<br>Creditor # : 128<br>Target<br>Retailers Nat'l Bank<br>P.O. Box 59228<br>Minneapolis MN 55459 | | H | Consumer debt | | | | $ 2,500.00 |
| Account No:   8752<br>Creditor # : 129<br>Terri Loekle<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No:   8752<br>Creditor # : 130<br>Thomas and Michele Nolan<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |

Sheet No. _21_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 1,829,034.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_____,     Case No. _____
        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4998 <br> Creditor # : 131 <br> Thomas and Rita Kelly <br> c/o McBride Law offices <br> 121 S. Wilke Rd. Suite 209 <br> Arlington Height IL 60005 | | W | 2006 <br> Suit on sale of real estate | | | | $ 341,800.00 |
| Account No:   8752 <br> Creditor # : 132 <br> Thomas Freehan <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 399,900.00 |
| Account No:   8752 <br> Creditor # : 133 <br> Timothy Julison <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 234,900.00 |
| Account No:   8752 <br> Creditor # : 134 <br> Trust No. 301 <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 299,200.00 |
| Account No:   8752 <br> Creditor # : 135 <br> Vincent and Dawn Valdes <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 764,394.00 |
| Account No:   8752 <br> Creditor # : 136 <br> Vladmir and Lida Rosas <br> c/o Ariel Weissberg <br> 401 S. LaSalle Street <br> Chicago IL 60605 | | W | 2006 <br> judgment | | | | $ 324,000.00 |

Sheet No. _22_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,364,194.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Phillips, Maureen and Gary Phillips_ _____,   Case No. _____
**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4998<br>Creditor # : 137<br>Wayne and Margaret Bartels<br>c/o McBride Law Offices<br>121 S. Wilke Rd. Suite209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 369,703.00 |
| Account No:    4998<br>Creditor # : 138<br>Wick Inv. Properties, LLC<br>c/o McBride Law offices<br>121 S. Wilke Rd. Suite 209<br>Arlington Height IL 60005 | | W | 2006<br>Suit on sale of real estate | | | | $ 328,742.00 |
| Account No:    8752<br>Creditor # : 139<br>Wick Investment Properties<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 445,634.00 |
| Account No:    8752<br>Creditor # : 140<br>William and Ann Gould<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 359,900.00 |
| Account No:    8752<br>Creditor # : 141<br>William and Barbara Taylor<br>c/o Ariel Weissberg<br>401 S. LaSalle Street<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 546,290.00 |
| Account No:    8752<br>Creditor # : 142<br>William Wehrle/Beverly Joy Dow<br>c/o Ariel Weissberg<br>401 S. LaSalle<br>Chicago IL 60605 | | W | 2006<br>judgment | | | | $ 734,830.00 |

Sheet No. _23_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,785,099.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Phillips, Maureen and Gary Phillips_____ ,   Case No. _____
                                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *8752*<br><br>*Creditor # : 143*<br>*Yueming Xiao Jing Li*<br>*c/o Ariel Weissberg*<br>*401 S. LaSalle Street*<br>*Chicago IL 60605* | | *W* | *2006*<br><br>*judgment* | | | | *$ 299,900.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _24_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | *$ 299,900.00*
Total $ | *$ 52,279,846.93*

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *Phillips, Maureen and Gary Phillips* _____ / Debtor    Case No. _____
    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Phillips, Maureen and Gary Phillips_ _____ / Debtor      Case No. _____
                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Spencer Phillips - son_ | _Margaret Hayes_<br>_W6371 Cherokee Trail_<br>_Tomahawk WI  54487_ |

B6I (Official Form 6I) (12/07)

In re *Phillips, Maureen and Gary Phillips* _____ ,    Case No. _____
_____**Debtor(s)**_____                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *son* *daughter* *son* | AGE(S): *17* *13* *10* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *negotiator for debt services* | *Unemployed* |
| Name of Employer | *SSS National LLC* | |
| How Long Employed | *1 yr 10 months* | |
| Address of Employer | *244 Madison Ave.* *Suite 4950* *New York NY  10016* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *6,700.00* | $ *0.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *6,700.00* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *500.00* | $ *0.00* |
| b. Insurance | $ *0.00* | $ *0.00* |
| c. Union dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *500.00* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *6,200.00* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ *6,200.00* | $ *0.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *6,200.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Phillips, Maureen and Gary Phillips_ _____ ,        **Case No.** _____
                          **Debtor(s)**                                                                                (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,230.00 |
| a. Are real estate taxes included?   Yes ☒   No ☐ | | |
| b. Is property insurance included?   Yes ☒   No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 395.00 |
| b. Water and sewer | $ | 190.00 |
| c. Telephone | $ | 500.00 |
| d. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 10.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 1,128.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other: _mortgages on Tomahawk property_ | $ | 2,620.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 400.00 |
| 17. Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 8,403.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 16 of Schedule I | $ | 6,200.00 |
| b. Average monthly expenses from Line 18 above | $ | 8,403.00 |
| c. Monthly net income (a. minus b.) | $ | (2,203.00) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen and Gary Phillips*                    Case No.
                                                              Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $ 602,000.00 | | |
| B-Personal Property | *Yes* | *4* | $ 35,795.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $ 660,240.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *25* | | $ 52,279,846.93 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ 6,200.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $ 8,403.00 |
| TOTAL | | *38* | $ 637,795.00 | $ 52,940,086.93 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen and Gary Phillips*

Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *6,200.00* |
| Average Expenses (from Schedule J, Line 18) | $ *8,403.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *6,300.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *40,245.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *52,279,846.90* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *52,320,091.90* |

In re *Phillips, Maureen and Gary Phillips*　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___39___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/21/2011*　　　　　　　　　　Signature */s/ Phillips, Maureen*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Phillips, Maureen*

Date: *9/21/2011*　　　　　　　　　　Signature */s/ Gary Phillips*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Gary Phillips*

　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:*Phillips, Maureen*
    *and*
    *Gary Phillips*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT | SOURCE
---|---
*Year to date:approx 40,000* | *SSS National LLC f/k/a Short Sale Solution, LLC*
*Last Year:147,500* | *Short Sale Solution, LLC*
*Year before:26,300* |

---

### 2. Income other than from employment or operation of business

None ☒
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor:Bank of America - mortgage on Wisconsin Address:** | **monthly** | **$1900** | **246,000** |
| **Creditor:Citibank - mortgage on Western Springs Address:** | **monthly** | **2100** | **242,000** |

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Barbey v. Real Estate Investment Group, et al. 08 CH 48752** | **suit over sale of investment condominiums** | **cook county, Daley Center** | **Default Judgment approx. $45,000,000** |
| **Roggenbuck Trust v. Real Estate Investment Group et al 09 CH 44998** | **suit over sale of investment condominiums** | **cook county, Daley Center** | **voluntuarily nonsuited** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Roggenbuck Trust et al v. Development Resources Group, LLC et al 2009 CV 2056* | *suit over investment condominiums* | *Orlando Florida, District Court* | *non-suited* |
| *Alunni et al. v. Development Resource Group et al. 08 CV 1349* | *suit over investment condominiums* | *Orlando District Court* | *non-suited* |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

#### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Brad J. Pawlowski* *Address:* *6584 N. Northwest Hwy.* *Chicago, IL 60631* | *Date of Payment:* *Payor: Phillips, Maureen* | *$4,000.00* |

#### 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

#### 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

#### 12. Safe deposit boxes

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution:Harris Bank - Hinsdale* *Address:* | *Name:Debtors* *Address:* | *various property title documents, birth certificates, nothing of value* | |

#### 13. Setoffs

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 4

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒   For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

Statement of Affairs - Page 5

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Consulting Edge, LLC* | *ID:3638* | *debtors* | *debtors own real estate brokerage - not active and no value* | *2006 to present* |
| *Short Sale Solutions, LLC n/k/a SSS National LLC* | *ID:0782* | *244 W. Madison, #4950 NY, NY 10016* | *transactional short sale negotiating - debtor has 25% interest - no market value only source of income* | *1/1/10 - present* |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *09/21/2011*        Signature   */s/ Phillips, Maureen*
                          of Debtor

Date  *09/21/2011*        Signature   */s/ Gary Phillips*
                          of Joint Debtor
                          (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen and Gary Phillips*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *09/21/2011*       Debtor: */s/ Phillips, Maureen*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen and Gary Phillips*          Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :**<br><br>*None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt       ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes       ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *09/21/2011*          Debtor: */s/ Gary Phillips*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen and Gary Phillips*                    Case No.
                                                              Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. *1* | |
|---|---|
| **Creditor's Name :**<br><br>*Citibank* | **Describe Property Securing Debt :**<br><br>*1329 Reid St., Western Springs, IL 60558* |

Property will be (check one) :
- ☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
- ☒ Claimed as exempt    ☐ Not claimed as exempt

| Property No. *2* | |
|---|---|
| **Creditor's Name :**<br><br>*US Bank* | **Describe Property Securing Debt :**<br><br>*1329 Reid St., Western Springs, IL 60558* |

Property will be (check one) :
- ☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
- ☒ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _09/21/2011_          Debtor: _/s/ Phillips, Maureen_ _____

Date: _09/21/2011_          Joint Debtor: _/s/ Gary Phillips_ _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen*                                     Case No.
*and*                                                        Chapter **7**
*Gary Phillips*

_____ / Debtor

Attorney for Debtor:   *Brad J. Pawlowski*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *4,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *4,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
       *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
       *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
       *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *09/21/2011*                          Respectfully submitted,

                              X */s/ Brad J. Pawlowski* _____
        Attorney for Petitioner: *Brad J. Pawlowski*
                                 *Fritzshall & Pawlowski*
                                 *6584 N. Northwest Hwy.*
                                 *Chicago IL  60631*

                                 *773-763-4400*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Phillips, Maureen*
   *and*
   *Gary Phillips*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:   **Brad J. Pawlowski**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *09/21/2011*
_____

*/s/ Phillips, Maureen*
_____
Debtor

*/s/ Gary Phillips*
_____
Joint Debtor

Adams Property Management, Inc.
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Adrianne Roggenbuck
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

AH property holdings, LLC
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Alan C. Lovell
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Alan T. Spears
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Albert and Connie Alunni
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

American Express
p.o. box 0001
Los Angeles, CA  90096-8000

Andrew and Patricia Lobosco
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Anthony F. Pietryla
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Bank of America
P.O. Box 650070
Dallas, TX  75265

Bradley and Joyce James
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Bryan Stirrat
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Bryon Coker
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Carl and Valerie Byer
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Carl Gartland
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Charles and Mary Wirth
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Chase Bank
Cardmember Services
p.o. box 15153
Wilmington, DE  19886-5153

Christopher and Susan Chalko
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Citi Mastercard
c/o United Recovery Systems
p.o. box 722910
  72270

Citibank
PO Box 183040
Columbus, OH  43218-3040

Daniel Wright
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Darlyen Hess
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Dave and Tammy Boehm
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

David and Debra Hayes
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

David J. Cerny
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Dean B. Lardner
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Dennis and Cindy Dangerfield
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Dennis and Cynthia Dangerfield
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Dennis and Deborah Radek
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60601

Discover
P.O. Box 6103
Carol Stream, IL  60197-6103

Donald and Ida Racquet
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Donald and Ida Racquet
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Donald C. Marzke
c/o McBride Law offices
121 S. Wilke Rd. suite 209
Arlington Height, IL  60005

Douglas M. Holle Trust
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Edith Moran
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Edith Moran
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Edward and Jeanne Kwapiszewski

c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Eric Bratt and Marti Tiederman
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Eugene and Frances Mackin
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Exxon Mobil
Des Moines, IA  50361-0001

Florence Watson
c/o Ariel Weissberg
401 S. LaSalle St.
Chicago, IL  60605

George and Maryanne Kveck
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

George and Vivienne Taylor
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Gerald F. Rozek
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Glenn E. Johnson
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Glenn E. Johnson Rev. Dec Trus
c/o Ariel Weissberg
401 S. LaSalle St.
Chicago, IL  60605

Harris Bank
P.O. Box 6201
Carol Stream, IL  60197

Harry Davros and Helen Davros
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Hinsdale Orthopedics
c/o Como Law Firm, P.A.
P.O. Box 130668
Saint Paul, MN  55113

```
HSBC
P.O. Box 37282
PO Box 5244
Baltimore, MD  21297-3282

James and Ann Gottlick
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

James and Ernestine Kudelis
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

James and Joanne Fetzner
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

James and Sheila Barbey
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

James Marszalek
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Janina Cap
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Jason and Angela Evans
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Jerome Harper
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

John and Amy Taillon
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

John and Mary Ellen Scurek
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

John and Mary Ellen Scurek
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005
```

John and Shweta Sparks
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Joseph and Andrea Serwa
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Joseph and Karen Lubomski
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Joseph and Karen Lubomski
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Jozef and Helena Kulikowski
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Karen Thompson
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Keith and Lisa Olinger
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Ken Vojtic Sr.&  Betty Vojtic
c/o McBride Law Offices
121 S. Wilke Rd., Ste. 209
Arlington Height, IL  60005

Kevin and Margaret Lipine
c/o Ariel Weissberg
401 S. LaSalle St.
Chicago, IL  60605

Key West Flip One, LLC
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Kissimmee Utility Authority
P.O. Box 423219
Kissimmee, FL  34742-3219

KJV Holdings, LLC-8-301 Legacy
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Kohls
p.o. box 2983
Milwaukee, WI  53201-2983

Kolavennu and Vidyavath Krishn
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

LaGrange Women's Clinic
5201 S. Willow Springs Rd.
Suite 490
La Grange, IL  60525

Lisa K. DaCosta
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

M.Kmak/T.Kmak Rev. Dec Trust
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Margaret Hayes
W6371 Cherokee Trail
Tomahawk, WI  54487

Mark and Debra Ward
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Mark and Mary Cisilino
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Mark R. Henderson
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Mark Reed
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Marvin and Delores Glasbrenner
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Maryann Zaborsky
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Maryann Zlobecky
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Matthew and Beverly Draus
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Michael and Annette Rizzo
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Michael and Lori Nebelsick
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Michael and Tracy Kmak
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Monica Heil
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Myriad Genetic Labs
320 Wakara Way
Salt Lake City, UT  84108

Nickolas and Diane Tournis
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Norbert Mandrek
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Pascual and Jessica Natindim
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Paul and Ryuko Charapata
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Peter and Amy Horn
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Quest
c/o Credit Collection services
Two Wells Ave.
Newton Center, MA  02459

RAB of the FWW, LLC
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Rebecca G. Aureus
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Reid Meeks
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Robert and Janice Somerfield
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Robert and Lynne DeSalvo
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Robert and Maribeth Devereaux
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Robert and Meribeth Devereaux
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Roger and Pamela Watson
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Ronald and Marylou Kveck
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Ronald and Melinda Cockrum
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Ronald T. Moran
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Rosalie E. Rakin
c/o McBride law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Ruben Padilla
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Rudolph and Beatrice Pohleber
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Sandra Griggs
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Sandra Paulu
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Sasha Spinner
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Scott Coughlin
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Series Bonfire Investments
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Series Dunes Investment
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Shell Credit Card
Processing Ctr
Des Moines, IA  50367

Shirley M. Austin
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

SLPG Living Trust
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Souma Diagnostics, PBP
c/o PBP
p.o. box 11690
Chicago, IL  60611-1690

Stephanie Nolan
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Steven and Julie Roth
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Steven and Rafaela Colaizzi
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Steven C. Snarski
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Steven P. Kelly
c/o McBride Law Offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Steven P. Kelly
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Susan J. Holle
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Susan J. Holle Trust
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

T. Kelly/R.Kelly/R.Kelly Trust
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Target
Retailers Nat'l Bank
P.O. Box 59228
Minneapolis, MN  55459

Terri Loekle
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Thomas and Michele Diamant
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Thomas and Rita Kelly
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Thomas Freehan
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Timothy Julison
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Trust No. 301
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

US Bank
PO Box 1197
Westerville, OH  43086

Vincent and Dawn Valdes
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Vladmir and Lida Rosas
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

Wayne and Margaret Bartels
c/o McBride Law Offices
121 S. Wilke Rd. Suite209
Arlington Height, IL  60005

Wick Inv. Properties, LLC
c/o McBride Law offices
121 S. Wilke Rd. Suite 209
Arlington Height, IL  60005

Wick Investment Properties
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

William and Ann Gould
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

William Wehrle/Barbara Taylor
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605

William Wehrle/Beverly Joy Dow
c/o Ariel Weissberg
401 S. LaSalle
Chicago, IL  60605

Yueming Xiao Jing Li
c/o Ariel Weissberg
401 S. LaSalle Street
Chicago, IL  60605